**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, THOMAS WEBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>  Plaintiff,<br><br>vs<br><br>THOMAS WEBER,<br><br>  Defendant. | CASE NO. 6:06-mj-00187-WMW<br><br>STIPULATION TO PROBATION MODIFICATION |

  IT IS HEREBY STIPULATED by and between the Defendant, THOMAS WEBER, his Attorney of record, Carol Ann Moses, and the Legal Officer for the National Park Service, ELIZABETH WALDOW, that the terms of Mr. Weber's probation be amended.  WEBER shall pay a fine of $1,990 with a $10 penalty assessment and shall not work 62 hours of community service in lieu of $500 of said fine.  WEBER shall pay the $1,500 by July 20, 2007 and the additional $500 by August 10, 2007.

Dated:   July 4, 2007               By: /s/ Carol Ann Moses
                                        CAROL ANN MOSES
                                        Attorney for Defendant
                                        THOMAS WEBER

Dated:   July 3, 2007
                                    By: /s/ Elizabeth Waldow
                                        Elizabeth Waldow
                                        Legal Officer for
                                        United States Government

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request for a Probation Modification for THOMAS WEBER and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. THOMAS WEBER'S terms of probation shall be amended to allow WEBER to pay an additional $500 in fine in lieu of performing 62 hours of community service. WEBER'S total fine shall be $1,990 with a $10 penalty assessment and he shall not be required to perform any community service..

IT IS SO ORDERED.

**Dated:   July 9, 2007            /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE